[No. 67717-9-I.   Division One.   November 13, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. JONATHAN WAYNE GRANTHAM, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 10-1-01602-8, George N. Bowden, J., entered August 23, 2011. *Affirmed* by unpublished opinion per Leach, C.J., concurred in by Dwyer and Spearman, JJ.

[No. 67837-0-I.   Division One.   November 13, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. OCTAVIUS TREMOYNE ROSTICK, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-09096-3, Joan E. DuBuque, J., entered October 21, 2011. *Affirmed* by unpublished opinion per Lau, J., concurred in by Grosse and Cox, JJ.

[No. 67957-1-I.   Division One.   November 13, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. K.K.P., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-8-01504-3, Michael J. Trickey, J., entered November 18, 2011. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Grosse and Becker, JJ.

[No. 68053-6-I.   Division One.   November 13, 2012.]

*In the Matter of the Parenting and Support of* J.A.M.

ALEEN ADAMS, *Respondent*, v. DOUGLAS MACKENZIE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-3-05303-8, James A. Doerty, J., entered November 21, 2011. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Grosse, J., concurred in by Becker and Dwyer, JJ.